IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-rj-00027-OES

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOHN A. OTTE,

                Defendant,

and

EXEMPLA, INC.,
c/o CSC CORPORATE SERVICE AGENCY,

                Garnishee.

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on November 25, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that garnishee was indebted to Defendant in the form of wages paid to the debtor.

On November 15, 2005, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of

defendant's disposable wages to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, this 23rd day of December, 2005.

BY THE COURT:

s/O. Edward Schlatter
O. Edward Schlatter
UNITED STATES MAGISTRATE JUDGE