IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-rj-00027-MEH

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,
v.

JOHN A. OTTE,

    Defendant.

## ORDER

On Motion of the United States of America, and good cause, appearing, it is hereby ordered that the caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of Student Loan Marketing Association. The Motion to Amend Caption [Filed January 7, 2008; Docket #12] is **granted**.

It is so ORDERED and entered this 10th day of January, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge