IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-rj-00027-MEH

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

JOHN A. OTTE,

    Defendant.

## ORDER DISMISSING WRIT OF GARNISHMENT

On Motion of the United States of America, and good cause, appearing, it is hereby ordered that the Writ of Garnishment in this case as to Exempla, Inc., c/o CSC Corporate Service Agency is **dismissed**. The Motion to Dismiss [Filed February 6, 2006; Docket #10] is **granted**.

It is so ORDERED and entered this 14th day of January, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge